EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | Queja |
| Luis Noel González Feliciano | 2000 TSPR 171 |

Número del Caso: AB-1999-0109

Fecha: 13/octubre/2000

Oficina del Procurador General:

      Lcdo. Ricardo E. Alegría Pons
      Procurador General Auxiliar

Abogado de la Parte Querellada:

      Por Derecho Propio

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis Noel González Feliciano

                              AB–1999–109

                              PER CURIAM

San Juan, Puerto Rico, a 13 de octubre de 2000

      El 30 de junio de 2000, mediante una extensa y detallada resolución, censuramos "enérgicamente por su dejadez, indiferencia y falta de diligencia" al Lcdo. Luis Noel González Feliciano. Además, le apercibimos que en el futuro, conducta de este género conlleva[ría] su suspensión de la abogacía". Finalmente le concedimos un término de treinta (30) días para que nos informara el resultado final del caso judicial relacionado con la queja en su contra y le indicamos que nuestra resolución surtiría

"efectos al serle notificada por correo a su dirección en el expediente".

El licenciado González Feliciano no cumplió con lo que le requerimos. Así las cosas, el 18 de agosto le concedimos mediante resolución un término de veinte (20) días para que nos informara "las gestiones realizadas para dar cumplimiento a nuestra Resolución de 30 de junio de 2000. A pesar del tiempo adicional que le fuera concedido, el licenciado González Feliciano aún no ha cumplido con nuestros requerimientos.

De lo anteriormente reseñado surge con meridiana claridad que el licenciado González Feliciano, a pesar de nuestra enérgica censura y apercibimiento de que, de continuar con su patrón de conducta de "dejadez, indiferencia y falta de diligencia" sería **suspendido del ejercicio de la profesión de abogado**, ha continuado manifestando el mismo intolerable patrón de conducta. El licenciado González Feliciano continúa desatendiendo nuestras órdenes.

Reiteramos la clara obligación de todo abogado de responder con diligencia a nuestros requerimientos en los trámites de quejas presentadas en su contra, independientemente de los méritos de las mismas. In re Torres Zayas, P.C. de 30 de noviembre de 1998, 147 DPR ___, (1998), 98 TSPR 161, 99 JTS 3; In re Capestany Rodríguez, P.C. de 30 de junio 1999, 148 DPR ___ (1999), 99 TSPR 109, 99 JTS 113; In re Guemárez Santiago, P.C. de 30 de junio de 1998, 146 D.P.R. ___ (1998), 98 TSPR 102, 98 JTS 102.

Tomando en consideración todo lo antes expuesto se suspende indefinidamente del ejercicio de la profesión de abogado al Lcdo. Luis Noel González Feliciano.

Se le impone a éste el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados, e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

González Feliciano deberá certificarnos en treinta (30) días el cumplimiento de estos deberes, notificando también al Procurador General.

El Alguacil de este Tribunal deberá incautarse del sello y la obra notarial del abogado suspendido, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

Se dictará la sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:

Luis Noel González Feliciano
                                    AB-1999-109




                              SENTENCIA


        San Juan, Puerto Rico, a 13 de octubre de 2000


        Por todo lo antes expuesto en la Opinión Per Curiam que antecede, se dicta sentencia y se suspende indefinidamente del ejercicio de la profesión de abogado al Lcdo. Luis Noel González Feliciano.

        Se le impone además, el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados, e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

        El licenciado González Feliciano deberá certificarnos en treinta (30) días el cumplimiento de estos deberes, notificando también al Procurador General.

        El Alguacil de este Tribunal deberá incautarse del sello y la obra notarial del abogado suspendido, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

        Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Presidente señor Andréu García y los Jueces Asociados señores Rebollo López y Fuster Berlingeri no intervinieron.



                         Isabel Llompart Zeno
                      Secretaria del Tribunal Supremo